**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUDITH SCRASE,<br><br>              Plaintiff,<br><br>    v.<br><br>JOSEPH READER,<br><br>              Defendant.<br>_____/ | No. C-11-00169 (EDL)<br><br>**SUA SPONTE JUDICIAL REFERRAL FOR PURPOSES OF DETERMINING RELATIONSHIP OF CASES** |

Pursuant to Civil Local Rule 3-12(c), this Court, sua sponte, refers the above-captioned case, filed on January 10, 2011, to the Honorable Judge William H. Alsup to consider whether this case is related to <u>Scarse v. Reader</u>, C-10-5256 WHA, in which the complaint was dismissed and a judgment of dismissal was entered against Plaintiff on December 10, 2010. The complaints in both cases appear to be identical. Both cases concern the same defendant and alleged incident filed by the same Plaintiff proceeding pro se. Plaintiff shall file any response in opposition to or in support of relating the cases within seven (7) calendar days of the date of this Order.

**IT IS SO ORDERED.**

Dated: May _19__, 2017

*Elizabeth D. Laporte*
_____
ELIZABETH D. LAPORTE
United States Magistrate Judge